470 A.2d 1043

Commonwealth v. Roman, Appellant.

Submitted December 14, 1983. Douglas M. Johnson, Assistant Public Defender, for appellant; Ronald T. Williamson, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CIRILLO and JOHNSON, JJ.

Judgment of sentence affirmed.